PEOPLE v HORACE PITTS. Appeal from Recorder's Court of Detroit, Frank G. Schemanske, J. Submitted Division 1 April 4, 1972, at Detroit. (Docket No. 11333.) Decided May 2, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick. R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Armand D. Bove,* for defendant on appeal.

Before: LEVIN, P. J., and J. H. GILLIS and O'HARA, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to assault with intent to rob while armed and appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.